# ALABAMA COURT OF CRIMINAL APPEALS



October 10, 2025

**CR-2024-0230**

Shawn Patrick Turney, Jr v. State of Alabama (Appeal from Madison Circuit Court: CC-22-3610)

## **NOTICE**

You are hereby notified that on October 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk